# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 27, 2015

### NO.  03-15-00018-CV

**Byron Justice and Aaron Johnson, Appellants**

**v.**

**Janet Mortenson, Permanent Receiver for National Life Settlements, LLC;
and NATT, LLC, Appellees**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on December 11, 2014.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.